UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: CASE NO.: 1:21-CV-20575-BECERRA

FELIPE MARCOS ACOSTA,

      Plaintiff,

vs.

CHARLOTTE BAKERY, INC. AND
DANNY A. MENDES JARDIN,

      Defendants.

_____/

**<u>NOTICE OF CHANGE OF EMAIL ADDRESS</u>**

Toussaint M. Cummings, Esq., of the FairLaw Firm notifies the Court and all parties of his

appearance in this action as counsel for Plaintiff, Felipe Marcos Acosta, in this action and requests

that all pleadings, correspondence, and documents related to this matter be served on him at the

below address / email address.

Dated this 27th day of September 2021.

s/Toussaint M. Cummings, Esq.
Toussaint M. Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff(s)*
